**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00310-HDM-PAL |
| ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, ) | |
| vs. ) | ORDER |
| ) | |
| JOSEPH HALL, ) | |
| ) | |
| Defendant/Petitioner. ) | |

The government's motion to reset the deadline for filing a response to the defendant's 28 U.S.C. § 2255 motion (#243) is hereby **GRANTED.** The court will reset the deadline for filing a response after it has ruled on the government's motion for an order waiving the attorney-client privilege (#242).

**IT IS SO ORDERED**.

DATED: This 9th day of July, 2012.

*Howard D. McKibben*
_____
UNITED STATES DISTRICT JUDGE