**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00310-HDM-PAL |
| ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, ) | |
| vs. ) | ORDER |
| ) | |
| JOSEPH HALL, ) | |
| ) | |
| Defendant/Petitioner. ) | |

The defendant has filed a motion for copies of documents in this case (#249). The motion is granted in part and denied in part. Defendant has failed to explain why he needs the government's proposed jury instructions to pursue his 28 U.S.C. § 2255 motion. Accordingly, the motion is denied as to defendant's request for the government's proposed jury instructions, docket numbers 28, 31, 35, 72, and 75. It is, however, clear to the court that the remaining documents may be pertinent to defendant's claims

1

for relief, and the request in that regard is therefore granted. Accordingly, the clerk of the court is directed to send defendant a copy of the documents listed at docket numbers 98, 101, 107, 109, 110, 113, and 116, at no charge to the defendant.

**IT IS SO ORDERED.**

DATED: This 10th day of September, 2012.

_____
UNITED STATES DISTRICT JUDGE