**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00310-HDM-PAL |
| | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH HALL, | |
| Defendant/Petitioner. | |

The government's motion for an extension of time in which to file a response to the defendant's 28 U.S.C. § 2255 motion (#251) is **GRANTED**. The government shall file its response on or before November 9, 2012.

**IT IS SO ORDERED.**

DATED: This 24th day of September, 2012.

*Howard D McKibben*
UNITED STATES DISTRICT JUDGE