UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00310-HDM-PAL |
| | ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH HALL, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

The defendant's motion for reconsideration (#253) is hereby **DENIED**.

**IT IS SO ORDERED.**

DATED: This 24th day of October, 2012.

_____
UNITED STATES DISTRICT JUDGE