**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00310-HDM-PAL |
| | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH HALL, | |
| Defendant/Petitioner. | |

The defendant's motion for an extension of time in which to file a reply to the government's response to defendant's 28 U.S.C. § 2255 motion (#260) is **GRANTED**. Defendant shall file any reply on or before February 20, 2013.

**IT IS SO ORDERED.**

DATED: This 22nd day of January, 2013.

_____
UNITED STATES DISTRICT JUDGE