**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00310-HDM-PAL |
| | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH HALL, | |
| Defendant/Petitioner. | |

Defendant's "motion to strike the government's opposition for good cause" (#264) is **DENIED**.

**IT IS SO ORDERED**.

DATED: This 15th day of April, 2013.

*(signed)* Howard D. McKibben
UNITED STATES DISTRICT JUDGE