**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00310-HDM-PAL |
| | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH HALL, | |
| Defendant/Petitioner. | |

In his reply to the government's response to his 28 U.S.C. § 2255 motion, defendant argues for the first time that his trial attorney rendered ineffective assistance of counsel by failing to adequately explain and review with defendant a proposed plea agreement offered by the government the day before trial in this case. The government shall file any response to this claim raised for the first time in defendant's reply on or before May 15, 2013.

**IT IS SO ORDERED.**

DATED: This 15th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE