UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 2:06-cr-00310-HDM-PAL |
| | ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | ) | |
| vs. | ) | ORDER |
| | ) | |
| JOSEPH HALL, | ) | |
| | ) | |
| Defendant/Petitioner. | ) | |

Defendant's motion to correct the order of the pages in his reply (#267) is **GRANTED**. The pages currently marked and filed in document #264 as pages 45-54 should follow page 22 and therefore consist of pages 23-32. The pages currently marked and filed in document #264 as pages 23-44 should follow renumbered page 32 and therefore consist of pages 33-54.

**IT IS SO ORDERED.**

DATED: This 15th day of April, 2013.

_____
UNITED STATES DISTRICT JUDGE