**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00310-HDM-PAL |
| | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH HALL, | |
| Defendant/Petitioner. | |

The defendant has filed a motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255. While the petition is fully briefed, defendant filed – at the same time as his reply – a motion for discovery and a request to hold this matter in abeyance pending "receipt of the original discovery materials" in this case. (*See* #262, #264). From these documents, it would appear that defendant may intend to seek leave to supplement his § 2255 petition.

On April 18, 2013, the court granted in part and denied in part the motion for discovery. In so doing, it directed the government and defendant's former attorneys to provide defendant with certain documents in their possession on or before May 20,

2013. Given that the requested discovery materials have, by this point, been turned over to the defendant, defendant shall file any request to supplement on or before June 21, 2013. Should defendant not seek leave to supplement his petition by that date, the matter will stand submitted.

**IT IS SO ORDERED.**

DATED: This 22nd day of May, 2013.

_____
UNITED STATES DISTRICT JUDGE