# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:06-cr-00310-HDM-PAL |
| | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, | |
| vs. | ORDER |
| JOSEPH HALL, | |
| Defendant/Petitioner. | |

On April 18, 2013, the court ordered the government to provide defendant with a copy of the proposed plea agreement that had been offered to him before trial. The government was directed to do so on or before May 20, 2013. On June 14, 2013, defendant moved the court to reissue its order because, as of that date, the government had not provided the proposed plea agreement (#279). In response (#281), the government indicates that its files reflect the only proposed plea agreement was offered on December 18, 2006, and that a copy of that proposed plea agreement has now been served on defendant. Defendant has not filed any reply to the government's

1

opposition, and the time for doing so has expired.  Accordingly, because defendant has now obtained a copy of the proposed plea agreement he seeks, the motion to reorder the government to provide such (#279) is **DENIED AS MOOT**.

DATED: This 10th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE