**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:06-cr-00310-HDM-PAL |
| ) | 2:12-cv-00851-HDM |
| Plaintiff/Respondent, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| JOSEPH HALL, ) | |
| ) | |
| Defendant/Petitioner. ) | |
| _____ ) | |

Defendant has filed a motion to amend or supplement his 28 U.S.C. § 2255 petition (#278). The government has not opposed the motion. (*See* Doc. #281). Defendant's motion (#278) is **GRANTED**. The "Traverse to Government's Opposition to Claim of Ineffective Assistance of Counsel" (#280) is a properly filed supplement to defendant's petition, and the government shall have to and including August 12, 2013, within which to file any response to such.

DATED: This 10th day of July, 2013.

_____
UNITED STATES DISTRICT JUDGE